JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS O., <br>         Plaintiff, <br><br>     v. <br><br> MARTIN J. O'MALLEY, <br> Commissioner of Social Security, <br>         Defendant. | NO. CV 23-1186-KS <br><br> JUDGMENT |

    Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded to the Social Security Administration for further proceedings consistent with the Court's Memorandum Opinion and Order.

DATE: June 5, 2024

                                                  /s/ Karen L. Stevenson
                                      HON. KAREN L. STEVENSON
                                      CHIEF U.S. MAGISTRATE JUDGE